This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41565**

**CONGREGATION ALBERT OF
ALBUQUERQUE, NEW MEXICO,**

>Plaintiff-Appellee,

v.

**THE ESTATE OF ISAAC LUCERO,**

>Defendant-Appellant,

and

**CARLOS LUCERO,**

>Interested Party-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Benjamin Chavez, District Court Judge**

Sutin, Thayer & Browne
Andrew J. Simons
Alex G. Elborn
Albuquerque, NM

for Appellee

Thiel Law NM LLC
Albert N. Thiel, Jr.
Joseph R. Thiel
Albuquerque, NM

for Appellant Carlos Lucero

**MEMORANDUM OPINION**

**BOGARDUS, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing the proposed disposition has been filed, and the time for doing so has expired. **REVERSED**.

**{2}** **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JACQUELINE R. MEDINA, Judge**